

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MATTHEW RICHARD, | * | CIVIL ACTION NO. 2:13-cv-3086 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| UNITED STATES DEP'T OF ENERGY, ET AL., | * | |
| Defendants | * | MAGISTRATE JUDGE KAY |

## ORDER

Considering the plaintiff's Motion for Leave to Proceed on Appeal *In Forma Pauperis* [Doc. 41] and the Report and Recommendation [Doc. 43] of the Magistrate Judge previously filed herein,

**IT IS ORDERED** that the plaintiff's Motion for Leave to Proceed on Appeal *In Forma Pauperis* [Doc. 41] be and hereby is **DENIED, AS MOOT,** because the plaintiff voluntarily dismissed his appeal [Doc. 44].

Lake Charles, Louisiana, this 26 day of September, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE